| 1. Person Reporting (Last name, First name, Middle initial)<br><br>DOUMAR, ROBERT G | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>8/2/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br><br>◯ Nomination. Date 12/3/1981<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Room 420 U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  -- (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER | HARBORMAR APTS. holds note secured by land in Norfolk,VA |
| 2. | MEMBER | CENTERVILLE PROMISE, LLC - unimproved land in Chesapeake, VA |
| 3. | MEMBER | DOK WEST, LLC - unimproved acreage in rural areas of VA.Beach,VA |
| 4. | MEMBER | DOUMAR-PRETTY LAKE, LLC - owns real estate holdings |
| 5. | STOCKHOLDER | PRINCESS ANNE BUILDERS, INC., a subchapter S corporation |
| 6. | STOCKHOLDER | DOUMAR'S BARBECUE, INC. (subchapter S corporation) |
| 7. | MEMBER | D&K, LLC (owns unimproved lot in Williamsburg, VA |
| 8. | STOCKHOLDER | WRZD, INC. (owns unimproved land in Chesapeake, VA (bought from Emerald Forest, LLC) |
| 9. | LIMITED PARTNER | INDEPENDENT OPERATORS OF AMERICA (owns hotel properties) |
| 10. | MEMBER | SHAMROCK HOMES, LLC (real estate limited liability company owns homebuilding lots in Virginia Beach, VA |
| 11. | Co-Manager | Robert and ███████ Doumar Foundation (charitable foundation which holds stock in Hartford Financial Serv. & Suntrust Bank) |

# II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1981 | Reporting Judge and former law firm of Doumar,Pincus,Knight & Harlan - contributions to retirement plan for taxable yrs prior to 1982, held by Equitable ABA |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31 | Director's Fees - BB&T Bank; Doumar's Barbecue, Inc. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION | |
|---|---|---|
| 1. George Mason University Law & Economics Center | 5/6-5/12/2003 | food and lodging |
| 2. New York Intellectual Property Law Assn. | 3/28-29/2003 | travel, lodging, food |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SunTrust Bank | Contingent liability between $1M and $7M. Princess Anne Bldrs & Shamrock Homes | P1 |
| 2. | Towne Bank | Contingent liability - WRZD, Emerald Forest, LLC, frmly Princess Anne Bldrs) | N |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ALLIANCE GLOBAL SMALL CAP | | None | J | T | | | | | |
| 2. AMERICAN EXPRESS FINANCIAL | A | Dividend | K | T | | | | | |
| 3. ANDERSON & STRUDWICK | B | Interest | J | T | | | | | |
| 4. BB&T | D | Dividend | L | T | | | | | |
| 5. CONSTELLATION ENERGY GROUP | A | Dividend | J | T | | | | | |
| 6. BANK OF AMERICA | D | Dividend | M | T | | | | | |
| 7. CINCINNATI BELL | | None | J | T | | | | | |
| 8. BURLINGTON RESOURCES | A | Dividend | J | T | | | | | |
| 9. CAPITAL ONE FINANCIAL | A | Dividend | K | T | | | | | |
| 10. CENTERVILLE PROMISE, LLC | A | Distribution | L | W | | | | | |
| 11. ROYAL BANK OF CANADA, frmly Centura Bank | B | Dividend | K | T | | | | | |
| 12. HARTFORD | A | Dividend | J | T | bought | 1/5 | J | | |
| 13. CENTURY TELE. INC. | A | Dividend | K | T | | | | | |
| 14. COMMONWEALTH BIOTECHNOLOGIES | | None | J | T | | | | | |
| 15. Corning | | None | J | T | | | | | |
| 16. SUNTRUST | D | Dividend | N | T | | | | | |
| 17. SUNTRUST CHECKING ACCOUNT | A | Interest | K | T | | | | | |
| 18. SUNTRUST SECURITIES | B | Interest | K | T | | | | | Dreyfus Money Market |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. DIEBOLD | A | Dividend | K | T | | | | | |
| 20. D&K, LLC | | None | K | W | | | | | |
| 21. DOK WEST, LLC | E | Interest | N | W | | | | | appraisal in 8/99 |
| 22. DOMINOS INC. | B | Interest | K | T | | | | | |
| 23. DOUMAR-PRETTY LAKE, LLC | | None | M | W | | | | | |
| 24. DOUMAR'S BARBECUE, INC. | E | Dividend | M | W | | | | | |
| 25. DOW CHEMICAL | A | Dividend | K | W | | | | | |
| 26. DYCO OIL & GAS | A | Distribution | J | W | | | | | |
| 27. El Paso | | None | J | T | | | | | |
| 28. EMERSON ELECTRIC | A | Dividend | K | T | | | | | |
| 29. Entremed | | None | J | T | | | | | |
| 30. E.O.G. Resources, Inc. (frmly Enron Oil & Gas) | A | Dividend | K | T | | | | | |
| 31. Equitable ABA HR10 Retirement | F | Distribution | O | T | | | | | required withdrawal of |
| 32. Exxon Mobil | A | Dividend | K | T | | | | | |
| 33. Farm, Emporia, VA | C | Rent | M | W | | | | | |
| 34. First Union, now WACHOVIA | C | Dividend | L | T | | | | | |
| 35. First Virginia Bank | C | Dividend | M | T | | | | | |
| 36. Ford's Colony | A | Interest | J | T | pd off mortg | 5/27 | N | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
   (See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. GEORGIA PACIFIC CORP. | A | Dividend | J | T | | | | | |
| 38. VERIZON | A | Dividend | | T | bought | 3/30 | J | | |
| 39. VERIZON | A | Dividend | J | T | sold | 7/16 | | | loss |
| 40. Greater China Fund | A | Dividend | K | T | | | | | |
| 41. Grupo Televisa | A | Dividend | L | T | | | | | |
| 42. Halliburton | B | Dividend | L | T | | | | | |
| 43. Harbornar, mortgage note | D | Interest | L | U | | | | | |
| 44. Hickory Hollow | C | Distribution | K | T | | | | | |
| 45. AMERICAN EXPRESS STOCK FUND | A | Dividend | J | T | | | | | |
| 46. Independent Property Operators of America LLC | C | Distribution | L | T | | | | | |
| 47. Ingersoll Rand | A | Dividend | K | T | bought | 12/1 | J | | |
| 48. ITT Industries | A | Dividend | K | T | | | | | |
| 49. KMart Corp. Debenture converted to Kmart Holding | B | Dividend | J | T | | | | | |
| 50. Lakewood Plaza | B | Distribution | K | W | | | | | |
| 51. Lot, Shiloh, NC | A | Interest | J | W | | | | | Contract of Sale on |
| 52. Lot, Williamsburg, VA | | None | M | W | | | | | |
| 53. Maryland State Tax Exempt | C | Interest | L | T | | | | | |
| 54. McMinn Plaza | C | Distribution | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Merck & Co., now MEDCO | A | Dividend | J | T | | | | | spinoff |
| 56. Merrill Lynch Basic Value | A | Dividend | J | T | reinvest | | J | | reinvestment |
| 57. Merrill Lynch Basic Value Fund | | None | K | T | | | | | held in Merrill Lynch IRA |
| 58. ML Natural Resources Trust | | None | J | T | | | | | held in Merrill Lynch IRA |
| 59. ML Seligman Comm. & Info. | | None | J | T | | | | | held in Merrill Lynch IRA |
| 60. MFS Total Return Fund | B | Dividend | K | T | | | | | |
| 61. Motorola | A | Dividend | J | T | | | | | |
| 62. AMERITRADE, frmly National Discount Brokers | A | Interest | J | T | | | | | |
| 63. Paine Webber Cash Fund | A | Interest | K | T | | | | | |
| 64. Princess Anne Builders | G | Distribution | P1 | U | | | | | |
| 65. Rayonier | A | Dividend | J | T | | | | | |
| 66. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 67. KINDER MORGAN ENERGY PARTNER | A | Dividend | K | T | bought | 10/15 | K | | |
| 68. Shamrock Homes, LLC | E | Distribution | J | W | | | | | |
| 69. Starwood Hotels | A | Dividend | K | T | | | | | |
| 70. Tanglewood II Associates | A | Distribution | J | W | | | | | |
| 71. Textron | B | Dividend | L | T | | | | | |
| 72. TowneBank | B | Interest | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Union Carbide | A | Dividend | J | T | | | | | |
| 74. Unisys Corp. | | None | J | T | | | | | |
| 75. Virginia Gas | A | Dividend | J | T | | | | | Anderson Strudwick |
| 76. Fairfax Co. Virginia Bond | A | Interest | K | T | | | | | |
| 77. Newport News, VA Municipal Bonds | A | Interest | J | T | redeemed | 11/3 | J | | |
| 78. Richmond, VA Municipal Bonds | | None | J | T | redeemed | 1/15 | J | | |
| 79. Wachovia Corp. | D | Dividend | N | T | | | | | |
| 80. PLANTRONICS | | None | K | T | | | | | |
| 81. World Acceptance GRP | A | Dividend | J | T | | | | | |
| 82. Norfolk Southern | A | Dividend | K | T | | | | | |
| 83. Elan Corp. | | None | J | T | | | | | |
| 84. Dollar Tree Stores | | None | K | T | | | | | |
| 85. Cisco Systems | | None | K | T | | | | | Merrill Lynch - IRA |
| 86. NUI Corp. New Com | A | Dividend | J | T | | | | | |
| 87. Intel Corp. | A | Dividend | K | T | | | | | Merrill Lynch IRA |
| 88. GOLDMAN SACHS | | None | K | T | bought | 12/31 | K | | |
| 89. MERRILL LYNCH | A | Dividend | J | T | bought | 12/31 | K | | |
| 90. Verizon Communications | | None | K | T | part.sale | 7/16 | J | | Loss - Merrill Lynch IRA |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Campostella Self Storage | | None | J | T | | | | | owned by Doumar-Pretty |
| 92. BANK OF WILMINGTON | | None | J | T | bought | 11/5 | J | | |
| 93. Cartersville Crossing | D | Distribution | K | T | | | | | |
| 94. NVIDIA Corp. | | None | J | T | bought | 1/7 | J | | |
| 95. PROVIDENT FINANCIAL CORP. | | None | K | T | bought | 10/15 | J | | |
| 96. COMPUTER ASSOCIATES | | None | K | T | bought | 10/15 | K | | |
| 97. METRO ONE TELECOM | | None | J | T | bought | 6/19 | J | | |
| 98. METRO ONE TELECOM | | None | J | T | sold | 12/04 | J | | short term loss |
| 99. SOLECTRON | | Royalty | J | T | bought | 7/24 | J | | |
| 100. INFONET SERVICES CORP. | | None | J | T | bought | 7/08 | J | | |
| 101. FBL FINANCIAL GROUP | A | Dividend | J | T | bought | 8/18 | J | | |
| 102. ████ ASSETS, HOLDINGS KNOWN TO UNDERSIGNED AS FAR AS | | | | | | | | | |
| 103. ABLE TO BE DERIVED THROUGH 2001 INCOME TAX RETURN | | | | | | | | | |
| 104. ████ ASSETS LISTED BELOW ARE TO BE REDACTED FROM ANY | | | | | | | | | |
| 105. REPORT OF THE UNDERSIGNED MADE PUBLIC BY THE COMMITTEE AS | | | | | | | | | |
| 106. HER CLAIMED CONSTITUTIONAL RIGHT OF PRIVACY: | | | | | | | | | |
| 107. Affymetrix Inc. ██ | | None | J | T | | | | | |
| 108. Amgen, Inc. ██ | | None | J | T | sold | 10/17 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Abbot Labs | A | Dividend | J | T | Bgt | 2/18 | J | | |
| 110. Agilent Tech. | A | Dividend | J | T | | | | | |
| 111. Alliance Corp. (Reserve) | A | Dividend | J | T | | | | | |
| 112. American Realty Trust | A | Distribution | J | T | sold | 3/14 | J | | |
| 113. American Axle Mfgr. | A | Dividend | J | T | Bought | 10/28 | J | | |
| 114. Applied Materials, Inc. | | None | J | T | sold | 5/20 | J | | |
| 115. Archer Daniels | A | Dividend | J | T | Bought | 9/10 | J | | |
| 116. Atmel Corp. | | None | J | T | | | | | |
| 117. Augusta County VA SV Auth | B | Interest | K | T | | | | | SE |
| 118. BB&T | C | Dividend | N | T | | | | | SE |
| 119. BB&T-Checking/Mnymkt | A | Interest | L | T | | | | | SE |
| 120. Bank of Essex | B | Dividend | L | T | | | | | SE |
| 121. Boise Cascade | A | Dividend | J | T | | | | | |
| 122. Boeing Co. | A | Dividend | J | T- | bought | 3/01 | J | | |
| 123. Best Buy Co., Inc. | A | Dividend | J | T | bought | 12/01 | J | | |
| 124. BOE Financial | A | Dividend | J | T | bought | 6/23 | J | | |
| 125. CMA Tax Exempts Bonds | A | Dividend | K | T | | | | | SE |
| 126. Chevron | A | Dividend | K | T | | | | | SE |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Cinergy | A | Dividend | J | T | | | | | |
| 128. Chippac, Inc. | A | Dividend | J | T | bought | 5/20 | J | | |
| 129. Cisco | A | Dividend | J | T | bought | 10/28 | J | | |
| 130. Comcast | A | Dividend | J | T | bought | 4/24 | J | | |
| 131. Comverse Technicolor | A | Dividend | J | T | bought | 5/20 | J | | |
| 132. MorganStanleyDeanWitter Trust Premium Income Trust | C | Dividend | J | T | | | | | formerly Dean Witter |
| 133. Dell, Inc. | A | Dividend | J | T | bought | 5/20 | J | | |
| 134. MorganStanleyDeanWitter Municipal Income | B | Distribution | J | T | | | | | formerly Dean Witter |
| 135. MorganStanleyDeanWitter Tax Exempt Sec.D | D | Interest | K | T | | | | | formerly Dean Witter |
| 136. MorganStanleyDeanWitter ValueAdded EQB | D | Interest | K | T | | | | | formerly Dean Witter |
| 137. Diversified Investment Group | A | Dividend | J | W | | | | | |
| 138. Dollar Tree | A | Dividend | J | T | | | | | |
| 139. John Deere Co. | A | Dividend | J | T | bought | 11/03 | J | | |
| 140. Dominion Resources | A | Dividend | J | T | bought | 9/22 | J | | |
| 141. Duke Energy | A | Dividend | J | T | sold | 5/20 | J | | |
| 142. Eastern Virginia Bankshares | A | Dividend | J | T | | | | | |
| 143. Electronic Arts | A | Dividend | J | T | sold | 11/19 | J | | |
| 144. Wachovia, frmly First Union | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. GAP, Inc. | A | Dividend | J | T | | | | | |
| 146. Genetech, Inc | | None | J | T | | | | | |
| 147. General Electric | A | Dividend | J | T | bought | 1/27 | J | | |
| 148. Goldman Sachs | A | Dividend | J | T | | | | | |
| 149. Gillette | A | Dividend | J | T | sold | 9/22 | J | | |
| 150. General Dynamics | A | Dividend | J | T | bought | 7/29 | J | | |
| 151. Guardian Life Insurance Co. | A | Interest | J | T | | | | | |
| 152. Hewlett Packard | A | Dividend | J | T | | | | | |
| 153. Home Depot | A | Dividend | J | T | sold | 7/29 | J | | |
| 154. Intercapital Insd.Mun.Income | D | Interest | K | T | | | | | |
| 155. Illinois Tool Works | A | Dividend | J | T | bought | 10/28 | J | | |
| 156. Intercapital Insd Mun Trust | C | Interest | K | T | | | | | |
| 157. Intercapital Quality Muni TR | C | Interest | L | T | | | | | |
| 158. Intel Corp. | A | Dividend | J | T | bought | 3/03 | J | | |
| 159. IBM | A | Dividend | J | T | bought | 3/10 | J | | |
| 160. Int'l Game Technology | A | Dividend | J | T | bought | 7/28 | J | | |
| 161. International Paper | A | Dividend | J | T | bought | 12/15 | J | | |
| 162. Kopin Corp | | None | J | T | sold | 5/20 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Jabil Circuit | A | Dividend | J | T | bought | 5/20 | J | | |
| 164. Martha Stewart Living | | None | J | T | | | | | |
| 165. Liz Claiborne | A | Dividend | J | T | bought | 12/15 | J | | |
| 166. MCI WorldCom, Inc. | A | Dividend | J | T | | | | | |
| 167. Lowes | A | Dividend | J | T | bought | 1/31 | J | | |
| 168. Merrill Lynch Basic Value Fund | A | Dividend | J | T | | | | | |
| 169. Metro Wash.DC Airport | B | Interest | K | T | redemption | 10/31 | K | | |
| 170. ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |
| 171. ML Media Opportunity Partners | A | Interest | J | T | | | | | |
| 172. ML Media Partners | A | Interest | J | T | | | | | |
| 173. ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |
| 174. Micron Technology | | None | J | T | sold | 5/20 | J | | |
| 175. Medtronic | A | Dividend | J | T | bought | 10/24 | J | | |
| 176. Microsoft | A | Dividend | J | T | bought | 3/7 | J | | |
| 177. Moosanto | A | Dividend | J | T | | | | | |
| 178. Ameritrade, frmly National Discount Brokers | A | Dividend | J | T | | | | | |
| 179. Netscape | | None | J | T | | | | | |
| 180. Network Alliance | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. New York State Elec. & Gas | A | Dividend | J | T | | | | | |
| 182. Norfolk Southern | A | Dividend | J | T | | | | | |
| 183. Noble Energy, Inc. | A | Dividend | J | T | bought | 11/24 | J | | |
| 184. Nokia | A | Dividend | J | T | bought | 4/23 | J | | |
| 185. Nordstrom | A | Dividend | J | T | bought | 12/15 | J | | |
| 186. Northrop Grummon | A | Dividend | J | T | bought | 3/17 | J | | |
| 187. Owens CFG (Corning) | A | Dividend | J | T | | | | | |
| 188. Pfizer | A | Dividend | J | T | | | | | |
| 189. Pharmacia Corp. | A | Dividend | J | T | sold | 3/14 | J | | |
| 190. Pixar Corn | | None | J | T | | | | | |
| 191. Praxair, Inc. | A | Dividend | J | T | bought | 9/15 | J | | |
| 192. Prolargist | A | Dividend | J | T | bought | 7/29 | J | | |
| 193. Proctor & Gamble | A | Dividend | J | T | bought | 2/14 | J | | |
| 194. Quest Diagnostics | A | Dividend | J | T | | | | | |
| 195. Republic SVS, Inc. | | None | J | T | sold | 9/22 | J | | |
| 196. Sony Corp. | A | Dividend | J | T | | | | | |
| 197. Starbucks | | None | J | T | | | | | |
| 198. Texas Instruments | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. Transwitch Corp. | | None | J | T | sold | 5/20 | J | | |
| 200. TXU Corp. | A | Dividend | J | T | bought | 5/20 | J | | |
| 201. First Data | A | Dividend | J | T | | | | | |
| 202. International Paper | A | Dividend | J | T | | | | | |
| 203. Jefferson Pilot Corp. | A | Dividend | J | T | | | | | |
| 204. United Heritage | | None | J | T | | | | | |
| 205. United Parcel | A | Dividend | J | T | sold | 3/14 | J | | |
| 206. Unit NUV MUNI NATL | | None | K | T | | | | | |
| 207. United Parcel | A | Dividend | J | T | bought | 10/28 | J | | |
| 208. Univision Comm., Inc. | | None | J | T | | | | | |
| 209. Va. State RFDG Serv. | B | Interest | K | T | redemption | 7/15 | K | | |
| 210. Verisign Inc. | | None | J | T | | | | | |
| 211. Verizon Communications | A | Dividend | J | T | sold | 8/22 | J | | |
| 212. Viacom | A | Dividend | J | T | bought | 10/1 | J | | |
| 213. Walmart | A | Dividend | J | T | | | | | |
| 214. Weyerhauser | A | Dividend | J | T | | | | | |
| 215. Wachovia | A | Dividend | J | T | | | | | |
| 216. Werner Enterprises | A | Dividend | J | T | bought | 10/28 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. Zimmer Holdings | A | Dividend | J | T | bought | 3/14 | J | | |
| 218. [black] INVESTMENT CLUB CONTAINS FOLLOWING: | | | | | | | | | |
| 219. Affymetrix, Inc. [black] | | | | | | | | | |
| 220. Alcoa, Inc. [black] | | | | | | | | | |
| 221. Amgen, Inc. Com PV [black] | | | | | | | | | |
| 222. Calpine Corp. [black] | | | | | | | | | |
| 223. Conocophillips [black] | | | | | | | | | |
| 224. Dell Computer Corp. [black] | | | | | | | | | |
| 225. Ebay, Inc. [black] | | | | | | | | | |
| 226. Elan Corp PLC [black] | | | | | | | | | |
| 227. Gillette Co. [black] | | | | | | | | | |
| 228. JDS Uniphase Corp [black] | | | | | | | | | |
| 229. L-3 Communications Holding [black] | | | | | | | | | |
| 230. Lincare Hldgs, Inc. [black] | | | | | | | | | |
| 231. Lowe's Companies, Inc. [black] | | | | | | | | | |
| 232. Marriott Intl Inc [black] | | | | | | | | | |
| 233. Southwest Airlines Co. [black] | | | | | | | | | |
| 234. Tenet Healthcare Corp. [black] | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DOUMAR, ROBERT G | 8/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. Townebank Portsmouth VA | | | | | | | | | |
| 236. Munder Future Technology Fund | | | | | | | | | |
| 237. Seligman Communications & Information Fund | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

PART VII - INVESTMENTS:

1 - Doumar-Pretty Lake, LLC - limited liability company that holds interests in Troika, Campostella Self Storage, Westbrook Farm, and Cartersville Crossing, all of which own real estate.

2 - Centerville Promise LLC owns parcels of land in Chesapeake, VA

3 - Harbormar Apartments - holds note on apartment building in Norfolk, VA

4 - Lakewood Plaza Associates - limited liability company that owns apartment building in Norfolk, VA

5 - DOK West, LLC - unimproved land in Virginia Beach, VA

6 - D&K, LLC - interest in lot in Williamsburg, VA

7 - Independent Property Operators of America - owns real estate, mostly hotes s, in various states

8 - WRZD,Inc.- owns tract of land located on border of Chesapeake and Va. Beach, VA (from Emerald Forrest).

9 - Insofar as ▮▮▮ listings are concerned, ▮▮ s a ▮▮▮ of independent means and the istings contained herein with regard to her are those to which I may have personal knowledge from income tax returns and prior reports to you. I am not privy to any other info concerning ▮ holdings and finances as ▮▮ deals ndependently with regard to them and is an independent individual who will not waive her constitutional or statutory rights. ▮▮ holdings were not derived from or through me and are being reported s nce they may be known to me due to joint income tax returns and are released only because of the regulations placed upon me. It is done without ▮▮ consent and against ▮▮ wishes ▮▮ claims her right to confidentiality by virtue of Title 26, Section 6103, among other protections ▮▮ emphatically believes ▮▮ oldings reported on this form should not be divulged for any public viewing. ▮▮ feels that her constitutional rights have been and will be violated and that ▮▮ has not been afforded a hearing with regard to your requirement tha ▮▮ personal and private holdings be reported ▮▮ states ▮▮ as not been afforded due process. Any information you feel is lacking or is in need of explanation should be directed to ▮▮ as I have d sclosed that which I may have learned from past tax information and some of which may be overreported out of an abundance of caution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544